U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

MAY 17 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 924(c) |
| VERSUS | * | 6:23-CR-00115-01 |
| | * | JUDGE JOSEPH |
| CHRISTOPHER JAMES DANIEL | * | MAGISTRATE JUDGE AYO |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**POSSESSION OF A FIREARM IN FURTHERANCE OF
A DRUG TRAFFICKING CRIME
18 U.S.C. § 924(c)**

On or about the 9th day March, 2022, in the Western District of Louisiana, the defendant, CHRISTOPHER JAMES DANIEL, did knowingly possess a firearm, that is an FN, Model 509, 9mm pistol equipped with a silencer, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute methamphetamine, in violation of Title 18 United States Code, Section 924(c). [18 U.S.C.§ 924(c)].

A TRUE BILL:

**REDACTED**

FOREPERSON: GRAND JURY

BRANDON B. BROWN
United States Attorney

By: _____
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA  70501
Telephone: (337) 262-6618